**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REGGIE WASHINGTON,                    )         NO. CV 09-5620-AHM(CT)
                                      )
                    Petitioner,       )         ORDER ACCEPTING
                                      )         MAGISTRATE JUDGE'S
          v.                          )         REPORT AND RECOMMENDATION ON
                                      )         PETITION FOR WRIT OF HABEAS
ANTHONY HEDGPETH, Warden,             )         CORPUS BY A PERSON IN STATE
                                      )         CUSTODY
                    Respondent.       )
_____)

     Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file
de novo, including the petition, respondent's answer, petitioner's
reply/traverse, and the magistrate judge's report and recommendation.

     ACCORDINGLY, IT IS ORDERED:

     1.   The report and recommendation is accepted;

     2.   The request for an evidentiary hearing is **DENIED**;

     3.   Judgment shall be entered consistent with this order.

     4.   The clerk shall serve this order and the judgment on all

          counsel or parties of record.

DATED: October 14, 2010

                              _____
                              A. HOWARD MATZ
                              UNITED STATES DISTRICT JUDGE